IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

SPIKE BODY WERKS, INC., et al.,

Plaintiff(s),

v.

BYLINE BANK, et al.,

Defendant(s).

Case No. 20cv4771
Judge Jeffrey I. Cummings

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes $ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Byline Bank and Byline Bankcorp Inc.
and against plaintiff(s) Spike Body Werks, Inc., Geneva Repair Shop Inc., Nicnat LLC and Pasquale Roppo.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Cummings on a motion for summary judgment.

Date:  3/20/2025                                      Thomas G. Bruton, Clerk of Court

                                                     C. Chambers , Deputy Clerk